UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COMPLAINT FORM

2.

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Alexander McArthur

v.

Alexis Manager
Property Management
16 Lombard st   # 203-691-1132
NH ct 06513

Case No. 3:20CV1336 (SRU)
_____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

A. PARTIES

1. Alexander McArthur is a citizen of ___CT___ who
(Plaintiff)                                          (State)
presently resides at 456 Lombard st #105 NH ct 06513
(mailing address)

2. Defendant Alexis Manager is a citizen of ___CT___
(name of first defendant)                          (State)
whose address is 456 Lombard st NH ct 06513
unit unknown
My conservator said Alexis Manager
for property Management live in the
Apartment above me, Directly above me

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: 18 U.S. Code § 1117
Conspiracy to Commit Murder



Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

TaKing over from first completed complaint form : I am Preparing for my C(ivil) claim trial for conspiracy to commit Murder Against Property Management Staff. I am Building a Solid "Defense" Evidence and statements written and signed By my Conservator, Jerald Barber, whose number is 203-787-2236 I have evidence of Abundance proving

**Claim II**: foul activities at my door, around my door, Hallway rug, Surround my Door, filthy from those Crackheads

Supporting Facts: Smoking crack cocaine by my Door and blowing the Deadly Substance(s) into my Apartment. I live in a crack Building - I never have belonged in this Building living around crackheads and renting from crackheads as Property Management

... from a property management who most likely all indulge in smoking crack cocaine. This Building is a disgrace for an abiding citizen of the United States of America. I could never allow my Father or my Mother to visit me. My Father and my Mother will think that I smoke Crack Cocaine and will not Believe me when I say I don't smoke crack cocaine. The smell of crack cocaine is so strong in my Apartment you would swear I smoke crack cocaine. I never have in my Life

## E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

I'm a victim of undecency, uncivil, callous, Malice, Brutal and inhumane Property Management violation of Realtor operations, violations against all codes of maintaining a Property Rented to tenance. We shouldn't take the lives of People for granted.

## F. JURY DEMAND

Do you wish to have a jury trial? Yes   No

I wish to Jury trial my claims for conspiracy to commit Murder 18 O.S. code §1117 Against Property Management. I am standing up for my life they all try to take away from me without vacationing. I suffered unusual pains and suffering (Endurance of unusual pains and suffering) I will not consider compensation for so many Reasons I will speak my peace During Jury trial So Be it

_____    _____
Original signature of attorney (if any)        Plaintiff's Original Signature

Alexander McArthur
Printed Name                    Printed Name

456 Lombard St                   Alexander McArthur
NH ct 06513
( )#203-887-2194                 ( )
Attorney's full address and telephone        Plaintiff's full address and telephone

Email address if available            Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____New Haven_____ on ___September 8, 2020___
            (location)                (date)

_____
Plaintiff's Original Signature

(Rev.3/29/16)

5